Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

2025 JUN 22 PM 2: 14

for the

District of

MARGARET BOTKINS, CLERK
CASPER

Division

|  |  |
|---|---|
| Gabriel Nicholson Green | Case No. ___2U CV 195 – ABJ___ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| -v- | |
| Charles Dale Gray | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| Name | Gabriel Nicholson Green | | |
|---|---|---|---|
| Address | 1865 South Mitchell Street | | |
| | Casper | WY | 82601 |
| | *City* | *State* | *Zip Code* |
| County | Natrona | | |
| Telephone Number | 307-277-9971 | | |
| E-Mail Address | gabrielgreen@dinowyo.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| Name | Charles Dale Gray | | |
|---|---|---|---|
| Job or Title *(if known)* | Secretary of State of Wyoming | | |
| Address | Herschler Building East 122 W 25th St Suites 100 and 101 | | |
| | Cheyenne | WY | 82002 |
| | *City* | *State* | *Zip Code* |
| County | Laramie | | |
| Telephone Number | 307-777-7378 | | |
| E-Mail Address *(if known)* | SecOfState@wyo.gov | | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| Name | | | |
|---|---|---|---|
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

| Name | | | |
|---|---|---|---|
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |

County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Address _____

        *City*         *State*   *Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to Travel (as protected by the Privileges & Immunities Clause, Article 4 Section 2 of the US Constitution), and First Amendment Rights related to candidates and voters.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Based on the Wyoming Constitution's Residency Requirements for Governors, listed in Wyoming Constitution Article 4, Section 2, the Secretary of State disqualified Plaintiff's candidacy in violation of the rights listed above.

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

On May 27, 2026, Plaintiff attempted to file an application for candidacy as Governor in the Democratic Primary using the online form provided by the Secretary of State's Office.

Defendant denied Plaintiff's initial application on May 28, 2026 because he failed to list a residence during the period between August 1, 2023, and March 1, 2025, an option made impossible by the online form used by the Secretary of State's Office which doesn't include the ability to provide non-Wyoming addresses or to attach supplemental materials.

Plaintiff attempted to re-file on May 29, 2026 by submitting a paper copy, an addendum listing all addresses, and a cashier's check for the filing fee amount via the United States Postal Service. This second application was post-dated before the 5:00 p.m. Mountain Time deadline on May 29, 2026, established by the Secretary of State's Office, and the verifiability of this submission and pending receipt of it in the mail was electronically communicated to the Secretary of State's Office, again before the 5:00 p.m. deadline.

Defendant further claimed that the plaintiff's residency in Arizona from August 1, 2023, until March 1, 2025 would disqualify him from running should his application be properly submitted, circumstances previously communicated to the office by the plaintiff in April of 2025.

Defendant then denied Plaintiff's attempted second application on June 1, 2026, for failure to include a filing fee by the close of the filing deadline, and for failure to prove Wyoming residency during the period of August 1, 2023 through March 1, 2025.

Plaintiff received written notice on May 28, 2026 stating his initial application had been rejected for the reasons stated above, and again on June 1, 2026 rejecting the second application for the reasons stated above.

As a result, Plaintiff was unable to qualify for the initial list of candidates published by the Secretary of State's Office, or for the primary ballot in the August 18, 2026, election.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Initial communication between Plaintiff and Defendant's office begain in April of 2025, but the most relevant instances related to this legal complaint took place on the dates listed above.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

The core fact is that the Plaintiff was denied participation in the 2026 Gubernatorial Election because of residency requirement language in the Wyoming Constitution. Plaintiff is challenging this disqualification as unconstitutional, and claims that it is in violation of the established precedent that allows state's use of residency requirements for Gubernatorial Candidates.

Secretary of State Charles Dale Gray is the named defendant because this disqualification was perpetrated by the office of the Secretary of State, Election's Division, in their official capacity as a state regulatory agency. But, primary communication was with separate members of the office, most notably Joe Rubino, and Collin Crossman the Deputy Secretary of State. Both disqualifications were communicated by Deputy Secretary Crossman, and Joe Rubino was the primary point of contact for questions related to candidacy in April 2025 and the Secretary's Office's official follow-up to that converation in May 2025 before Plaintiff had filed his application.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

a. Inability to continue legitimate campaigning for the 2026 primary election.
b. Removal from the political process and a resulting diminished voice in the state's Democratic Convention held on June 6, 2026, in Casper.
c. Reduced capacity for fundraising and use of traditional campaigning mechanisms due to the perceived illegitimacy of his campaign.
d. Social harms related to public perception around a "failed candidate" who was denied the right to properly wage a campaign

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A. A declaration that Defendant's actions violate the United States Constitution; by restricting the freedom of travel established by the Privileges & Immunities Clause and the freedom of voters to have a full range of candidates protected by the First Amendment.

B. Preliminary injunctive relief before the July 6, 2026 deadline to allege ballot error or ommission; allowing plaintiff to continue running as a legitimate candidate until a final legal decision or loss in the August 18, 2026, Primary Election.

C. Permanent injunctive relief; deeming the candidate qualified to serve as Wyoming governor should he be elected in the November 3, 2026 General Election according to the rights granted him by the United States Constitution.

D. An order requiring Defendant to recognize Plaintiff's candidacy and to place Plaintiff on the ballot in all Wyoming counties, and on all official materials listing candidates for office before expiration of related deadlines like the July 6, 2026 deadline to allege ballot error or ommission.

E. Costs of suit; including a reimbursement of filing fees associated with pursuing legal action against this violation of rights unless otherwise waived by the Court.

F. Such other relief as the Court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/22/2026

Signature of Plaintiff    _____

Printed Name of Plaintiff    Gabriel  N.  Green

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

Address          _____

              _____    _____    _____
              *City*                    *State*    *Zip Code*

Telephone Number    _____

E-mail Address       _____